UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re:                                          §
Orama Hospitality Group, Ltd.                   §     Case No. 17-21720-JKS
                                                §
                    Debtor(s)                   §
                                                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　Donald V. Biase, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $190,000.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $358,000.00 | |

　　　3) Total gross receipts of $548,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $548,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,209,618.52 | $2,588,397.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $385,541.89 | $385,541.89 | $358,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $113,802.42 | $72,781.11 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,206.13 | $69,048.07 | $27,620.60 | $10,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,824,696.48 | $8,634,653.15 | $1,092,813.62 | $180,000.00 |
| **TOTAL DISBURSEMENTS** | $3,038,521.13 | $11,791,443.40 | $1,578,757.22 | $548,000.00 |

4) This case was originally filed under chapter 11 on 06/06/2017, and it was converted to chapter 7 on 09/07/2018. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  05/18/2020     By :  /s/ Donald V. Biase
                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| LIQUOR LICENSE | 1129-000 | $538,000.00 |
| FUNDS TO PAY STATE OF NJ LIQUOR LICENSE VIOLATIONS | 1290-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$548,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002- | Bank of New Jersey | 4210-000 | $992,118.52 | $1,240,286.16 | $0.00 | $0.00 |
| 00002 | Bank of New Jersey Attn: | 4210-000 | NA | $1,095,306.31 | $0.00 | $0.00 |
| 00003- | M&T Bank - | 4110-000 | $213,000.00 | $223,821.14 | $0.00 | $0.00 |
| 00006- | Buckhead Beef Northeast Attn: | 4210-000 | NA | $2,848.49 | $0.00 | $0.00 |
| 00010 | Buckhead Beef Northeast | 4210-000 | $4,500.00 | $6,775.87 | $0.00 | $0.00 |
| 00014- | IPFS Corporation | 4210-000 | NA | $19,359.90 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$1,209,618.52** | **$2,588,397.87** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DONALD V. BIASE | 2100-000 | NA | $28,251.21 | $28,251.21 | $28,251.21 |
| DONALD V. BIASE | 2200-000 | NA | $107.13 | $107.13 | $98.75 |
| NEW JERSEY DIVISION OF TAXATION | 2820-000 | NA | $2,345.00 | $2,345.00 | $2,345.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 2950-000 | NA | $9,753.34 | $9,753.34 | $8,990.01 |
| Fulvio DiPaolo | 2990-000 | NA | $3,036.00 | $3,036.00 | $3,036.00 |
| McManimon, Scotland & Bauman, | 3210-000 | NA | $326,776.00 | $326,776.00 | $301,201.16 |
| McManimon, Scotland & Bauman, | 3220-000 | NA | $2,557.11 | $2,557.11 | $2,356.98 |
| BEDERSON & CO | 3410-000 | NA | $117.60 | $117.60 | $108.40 |
| BEDERSON & CO | 3420-000 | NA | $12,598.50 | $12,598.50 | $11,612.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $385,541.89 | $385,541.89 | $358,000.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY DIVISION OF | 6810-000 | NA | $68,960.51 | $68,960.51 | $0.00 |
| State of New Jersey Division of Taxation | 6810-000 | NA | $41,021.31 | $0.00 | $0.00 |
| BULKHEAD BEEF NORTHEAST | 6990-000 | NA | $3,820.60 | $3,820.60 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $113,802.42 | $72,781.11 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | STATE OF NEW JERSEY | 2990-000 | NA | $10,000.00 | $10,000.00 | $0.00 |
| 00001-3A | Department of Treasury Internal | 5800-000 | NA | $17,410.60 | $17,410.60 | $0.00 |
| 00001-1 | Department of Treasury Internal | 5800-000 | $4,206.13 | $4,206.13 | $0.00 | $0.00 |
| 00001-2 | Department of Treasury Internal | 5800-000 | NA | $17,615.60 | $0.00 | $0.00 |
| 00009-1 | Internal Revenue Service | 5800-000 | NA | $4,866.88 | $0.00 | $0.00 |
| 00009-2 | Internal Revenue Service | 5800-000 | NA | $210.00 | $210.00 | $0.00 |
| 00011A | Mitsuwa Corporation | 5600-000 | NA | $14,738.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,206.13 | $69,048.07 | $27,620.60 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001-3B | DEPARTMENT OF THE TREASURY | 7100-000 | $4,206.13 | $3,940.89 | $3,940.89 | $0.00 |
| 00003-2 | M&T Bank - | 7100-000 | NA | $185,732.58 | $185,732.58 | $0.00 |
| 00004 | M. Tucker Division of Singer NY, | 7100-000 | NA | $255,371.83 | $255,371.83 | $0.00 |
| 00005 | Meyner and Landis LLP One | 7100-000 | NA | $75,010.00 | $75,010.00 | $0.00 |
| 00007 | Mitsuwa Corporation | 7100-000 | $800,000.00 | $3,654,932.88 | $0.00 | $0.00 |
| 00008-2 | Myhren Builders, Inc. | 7100-000 | NA | $383,582.35 | $383,582.35 | $0.00 |
| 00008-1 | Myhren Builders, Inc. Attn: David | 7100-000 | NA | $383,582.35 | $0.00 | $0.00 |
| 00011 | Mitsuwa Corporation | 7100-000 | NA | $3,669,671.74 | $180,000.00 | $180,000.00 |
| 00014-2 | IPFS Corporation | 7100-000 | NA | $2,349.69 | $2,349.69 | $0.00 |
| 00015 | Fedway National Account Raff & | 7200-000 | NA | $6,826.28 | $6,826.28 | $0.00 |
| 00016 | Fedway National Account Raff & | 7200-000 | NA | $6,826.28 | $0.00 | $0.00 |
| 00017 | Fedway National Account Raff & | 7200-000 | NA | $6,826.28 | $0.00 | $0.00 |
|  | Bank of New Jersey |  | $705,118.52 | NA | NA | $0.00 |
|  | John Piliouras |  | $60,000.00 | NA | NA | $0.00 |
|  | Singer NY LLC |  | $255,371.83 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $1,824,696.48 | $8,634,653.15 | $1,092,813.62 | $180,000.00 |

Page 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-21720  
Case Name: Orama Hospitality Group, Ltd.  
Judge: John K. Sherwood  
Trustee Name: Donald V. Biase  
Date Filed (f) or Converted (c): 09/07/2018 (c)  
341(a) Meeting Date: 10/11/2018  
For Period Ending: 05/18/2020  
Claims Bar Date: 01/02/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. LIQUOR LICENSE  This is the only asset of Orama. All assets listed in Ch.11 were abandoned. | 1,000,000.00 | 600,000.00 | | 538,000.00 | FA |
| 2. FUNDS TO PAY STATE OF NJ LIQUOR LICENSE VIOLATIONS (u)  ORIGINAL ORAMA VIOLATIONS $40K. ABC AGREED TO ACCEPT 10k. BUYER PROVIDED FUNDS TO SATISFY VIOLATIONS AGAINST LIQ LIC IN ORDER TO FINALIZE TRANSFER | 0.00 | 10,000.00 | | 10,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,000,000.00 | 610,000.00 | | 548,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**All Chapter 11 assets abandoned.**

3.31.19 - APPLICATION FILED WITH TOWN OF EDGEWATER TO TRANSFER LIQ LIC TO TRUSTEE - HEARING TO SELL LIQ LIC STILL SCHEDULED FOR APRIL 9, 2019.  SALE CONTESTED

03.31.19 HEARING ON CONTESTED SALE OF LIQ LIC SCHEDULED FOR APRIL 9, 2019

01-24-19 - RECOVER RETURN PREMIUM $14k

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-21720 | Judge: John K. Sherwood | Trustee Name: Donald V. Biase |
|---|---|---|
| Case Name: Orama Hospitality Group, Ltd. | | Date Filed (f) or Converted (c): 09/07/2018 (c) |
| | | 341(a) Meeting Date: 10/11/2018 |
| For Period Ending: 05/18/2020 | | Claims Bar Date: 01/02/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 04/02/2019     **Current Projected Date of Final Report(TFR) :** 01/31/2020

**Trustee's Signature**   /s/Donald V. Biase         **Date:** 05/18/2020
Donald V. Biase
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Phone : (973) 618-1800

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-21720  
Case Name:  Orama Hospitality Group, Ltd.  
Taxpayer ID No:  **-***4702  
For Period Ending:  5/18/2020  

Trustee Name:  Donald V. Biase  
Bank Name:  Texas Capital Bank  
Account Number/CD#:  ******9568  
Account Name  Checking Account  
Blanket bond (per case limit):  5,000,000.00  
Separate bond (if applicable):  0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *12/12/2018 | [1] | GREEK TAVERNA, INC | DEPOSIT - LIQ LIC PURCHASE | 1129-003 | 53,800.00 | | 53,800.00 |
| *01/04/2019 | [1] | GREEK TAVERNA, INC | DEPOSIT - LIQ LIC PURCHASE | 1129-003 | (53,800.00) | | 0.00 |
| 01/14/2019 | [1] | GREEK TAVERNA | DEPOSIT SALE OF LIQ LIC | 1129-000 | 53,000.00 | | 53,000.00 |
| *01/15/2019 | [1] | GREEK TAVERNA | DEPOSIT SALE OF LIW LICENCE | 1129-003 | 53,800.00 | | 106,800.00 |
| *01/16/2019 | [1] | GREEK TAVERNA | DEPOSIT SALE OF LIW LICENCE | 1129-003 | (53,800.00) | | 53,000.00 |
| 11/09/2019 | [1] | BEATRIX INVESTMENTS CORP | BALANCE DUE - LIQ LIC PURCHASE | 1129-000 | 485,000.00 | | 538,000.00 |
| 11/13/2019 | 51001 | Fulvio DiPaolo | REIMBURSEMENT - RENEWAL OF ORAMA LIQ LIC. | 2990-000 | | 2,100.00 | 535,900.00 |
| 11/13/2019 | 51002 | MITSUWA CORPORATION | PER SETTLEMENT AGREEMENT WITH MITSUWA ADV PRO DOCKET ENTRY 38 | 7100-000 | | 180,000.00 | 355,900.00 |
| *11/13/2019 | 51003 | McManimon, Scotland & Bauman, LLC 75 Livingston Avenue Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3210-003 | | 275,000.00 | 80,900.00 |
| *11/13/2019 | | McManimon, Scotland & Bauman, LLC 75 Livingston Avenue Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3210-003 | | (275,000.00) | 355,900.00 |
| | | | Page Subtotals | | 538,000.00 | 182,100.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        17-21720
Case Name:      Orama Hospitality Group, Ltd.

Taxpayer ID No: **-***4702
For Period Ending: 5/18/2020

Trustee Name:   Donald V. Biase
Bank Name:      Texas Capital Bank
Account Number/CD#: ******9568
Account Name    Checking Account
Blanket bond (per case limit):  5,000,000.00
Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/13/2019 | 51004 | McManimon, Scotland & Bauman, LLC 75 Livingston Avenue Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3210-000 | | 250,000.00 | 105,900.00 |
| 11/13/2019 | 51005 | STATE OF NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DEPARTMENT OF LAW & PUBLIC SAFETY DIVISION OF ALCOHOLIC BEVERAGE CONTROL | SETTLEMENT VIOLATIONS - LIQ LIC 0213-33-004-008; FILE #S-18-38144; H-2018-50441; S-1938373;H-DIVISON | 2990-000 | | 10,000.00 | 95,900.00 |
| 11/15/2019 | [2] | MCMANIIMON SCOTLAND & BAUMAN LLC | FUNDS TO PAY NJ ABC VIOLATIONS | 1290-000 | 10,000.00 | | 105,900.00 |
| 12/04/2019 | 51006 | NEW JERSEY DIVISION OF TAXATION | TAX ID 454-214-702/000 | 2820-000 | | 1,562.00 | 104,338.00 |
| 12/04/2019 | 51007 | NEW JERSEY DIVISION OF TAXATION | TAX ID 454-214-702/000 | 2820-000 | | 783.00 | 103,555.00 |
| *01/12/2020 | 51008 | Fulvio DiPaolo | REIMBURSEMENT FOR PAYMENT TO TOWN OF EDGEWATER FOR RENEWAL OF LIQ LIC & PROPERTY MANAGEMENT | 2990-004 | | 3,036.00 | 100,519.00 |
| *01/14/2020 | | Fulvio DiPaolo | Stop Payment on Check 51008 | 2990-004 | | (3,036.00) | 103,555.00 |
| 01/15/2020 | 51009 | Fulvio DiPaolo | PROPERTY MANAGEMENT - REPLACEMENT CHECK 51008 INCORRECT AMOUNT | 2990-000 | | 936.00 | 102,619.00 |
| | | | Page Subtotals | | 10,000.00 | 263,281.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-21720 | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Orama Hospitality Group, Ltd. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9568 |
| Taxpayer ID No: | **-***4702 | Account Name | Checking Account |
| For Period Ending: | 5/18/2020 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/26/2020 | 51010 | STATE OF NEW JERSEY DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 245 TRENTON, NJ 08695-0245 | EIN: 45-42147102 FINAL FORM: CBT-100S PERID 1/1/2019 TO 12/31/2019 | 5800-004 | | 395.00 | 102,224.00 |
| *04/18/2020 | 51011 | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee's Compensation | 2100-003 | | 28,218.26 | 74,005.74 |
| *04/18/2020 | | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee's Compensation | 2100-003 | | (28,218.26) | 102,224.00 |
| *04/18/2020 | 51012 | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee Expenses | 2200-003 | | 114.91 | 102,109.09 |
| *04/18/2020 | | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee Expenses | 2200-003 | | (114.91) | 102,224.00 |
| | | | | Page Subtotals | 0.00 | 395.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-21720 | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Orama Hospitality Group, Ltd. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9568 |
| Taxpayer ID No: | **-***4702 | Account Name | Checking Account |
| For Period Ending: | 5/18/2020 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *04/18/2020 | 51013 | McManimon, Scotland & Bauman, LLC  75 Livingston Avenue  Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3210-003 | | 50,849.86 | 51,374.14 |
| *04/18/2020 | | McManimon, Scotland & Bauman, LLC  75 Livingston Avenue  Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3210-003 | | (50,849.86) | 102,224.00 |
| *04/18/2020 | 51014 | McManimon, Scotland & Bauman, LLC  75 Livingston Avenue  Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3220-003 | | 2,354.23 | 99,869.77 |
| *04/18/2020 | | McManimon, Scotland & Bauman, LLC  75 Livingston Avenue  Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3220-003 | | (2,354.23) | 102,224.00 |
| *04/18/2020 | 51015 | BEDERSON & CO  347 Mt. Pleasant Avenue  Suite 200  West Orange, NJ 07052 | CHAPTER 7 TRUSTEE FINANCIAL ADVISOR -FEES RETENTION ORDER 1/18/2019 | 3410-003 | | 108.27 | 102,115.73 |
| *04/18/2020 | | BEDERSON & CO  347 Mt. Pleasant Avenue  Suite 200  West Orange, NJ 07052 | CHAPTER 7 TRUSTEE FINANCIAL ADVISOR -FEES RETENTION ORDER 1/18/2019 | 3410-003 | | (108.27) | 102,224.00 |
| | | | | Page Subtotals | 0.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-21720 | Trustee Name: Donald V. Biase |
| Case Name: Orama Hospitality Group, Ltd. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******9568 |
| Taxpayer ID No: **-***4702 | Account Name: Checking Account |
| For Period Ending: 5/18/2020 | Blanket bond (per case limit): 5,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *04/18/2020 | 51016 | BEDERSON & CO<br>347 Mt. Pleasant Avenue<br>Suite 200<br>West Orange, NJ 07052 | EXPENSES -- CHAPTER 7 TRUSTEE FINANCIAL ADVISOR RETENTION ORDER 1/18/2019 | 3420-003 | | 11,598.95 | 90,625.05 |
| *04/18/2020 | | BEDERSON & CO<br>347 Mt. Pleasant Avenue<br>Suite 200<br>West Orange, NJ 07052 | EXPENSES -- CHAPTER 7 TRUSTEE FINANCIAL ADVISOR RETENTION ORDER 1/18/2019 | 3420-003 | | (11,598.95) | 102,224.00 |
| *04/18/2020 | 51017 | United States Trustee (ADMINISTRATIVE)<br>One Newark Center Suite 2100 Newark, NJ 07102<br>United States Trustee (ADMINISTRATIVE)<br>One Newark Center Suite 2100 Newark, NJ 07102 | ID # 1720 | 2950-003 | | 8,979.52 | 93,244.48 |
| *04/18/2020 | | United States Trustee (ADMINISTRATIVE)<br>One Newark Center Suite 2100 Newark, NJ 07102<br>United States Trustee (ADMINISTRATIVE)<br>One Newark Center Suite 2100 Newark, NJ 07102 | ID # 1720 | 2950-003 | | (8,979.52) | 102,224.00 |
| | | | | Page Subtotals | 0.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-21720 | Trustee Name: | Donald V. Biase |
| Case Name: | Orama Hospitality Group, Ltd. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9568 |
| Taxpayer ID No: | **-***4702 | Account Name | Checking Account |
| For Period Ending: | 5/18/2020 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *04/20/2020 | | STATE OF NEW JERSEY DEPARTMENT OF TAXATION BANKRUPTCY DIVISION P.O. BOX 245 TRENTON, NJ 08695-0245 | Stop Payment on Check 51010 | 5800-004 | | (395.00) | 102,619.00 |
| 04/21/2020 | 51018 | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee's Compensation | 2100-000 | | 28,251.21 | 74,367.79 |
| 04/21/2020 | 51019 | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee Expenses | 2200-000 | | 98.75 | 74,269.04 |
| 04/21/2020 | 51020 | McManimon, Scotland & Bauman, LLC 75 Livingston Avenue Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3210-000 | | 51,201.16 | 23,067.88 |
| 04/21/2020 | 51021 | McManimon, Scotland & Bauman, LLC 75 Livingston Avenue Roseland , NJ 07068 | OK TO PAY CHAPTER 7 TRUSTEE ATTORNEY FINAL FEE APP ORDER DATED 9/6/19 DOC #168 | 3220-000 | | 2,356.98 | 20,710.90 |
| 04/21/2020 | 51022 | BEDERSON & CO 347 Mt. Pleasant Avenue Suite 200 West Orange, NJ 07052 | CHAPTER 7 TRUSTEE FINANCIAL ADVISOR -FEES RETENTION ORDER 1/18/2019 | 3410-000 | | 108.40 | 20,602.50 |
| | | | | Page Subtotals | 0.00 | 81,621.50 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-21720 | Trustee Name: Donald V. Biase |
| Case Name: Orama Hospitality Group, Ltd. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******9568 |
| Taxpayer ID No: **-***4702 | Account Name Checking Account |
| For Period Ending: 5/18/2020 | Blanket bond (per case limit): 5,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) |  |
| 04/21/2020 | 51023 | BEDERSON & CO<br>347 Mt. Pleasant Avenue<br>Suite 200<br>West Orange, NJ 07052 | EXPENSES -- CHAPTER 7 TRUSTEE FINANCIAL ADVISOR RETENTION ORDER 1/18/2019 | 3420-000 | | 11,612.49 | 8,990.01 |
| 04/21/2020 | 51024 | United States Trustee (ADMINISTRATIVE)<br>One Newark Center Suite 2100 Newark, NJ 07102<br>United States Trustee (ADMINISTRATIVE)<br>One Newark Center Suite 2100 Newark, NJ 07102 | ID # 1720 | 2950-000 | | 8,990.01 | 0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals | 0.00 | 20,602.50 |
| **COLUMN TOTALS** | 548,000.00 | 548,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 548,000.00 | 548,000.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 548,000.00 | 548,000.00 |

| | | |
|---:|---:|---:|
| All Accounts Gross Receipts: | 548,000.00 | |
| All Accounts Gross Disbursements: | 548,000.00 | |
| All Accounts Net: | 0.00 | |

| **TOTAL-ALL ACCOUNTS** | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| ******9568 Checking Account | 548,000.00 | 548,000.00 | |
| **Net Totals** | 548,000.00 | 548,000.00 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-21720 | |
| Case Name: | Orama Hospitality Group, Ltd. | |
| Taxpayer ID No: | **-***4702 | |
| For Period Ending: | 5/18/2020 | |

| | |
|---|---|
| Trustee Name: | Donald V. Biase |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******9568 |
| Account Name | Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |